# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br>Shanita Monique HAMPTON,<br><br>                Defendant. | Case No.: **21-MJ-1072**<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 21 U.S.C. §§ 952 and 960<br>Importation of a Controlled Substance<br>(Felony) |
|---|---|

The undersigned complainant being duly sworn states:

On or about March 22, 2021, within the Southern District of California, Shanita Monique HAMPTON, did knowingly and intentionally import approximately 12.80 kilograms (28.22 pounds), of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

_____
Special Agent Guillermo Diez
Homeland Security Investigations

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 23rd day of March 2021.

_____
Honorable Daniel E. Butcher
United States Magistrate Judge

## STATEMENT OF FACTS

On March 22, 2021, at approximately 01:30 AM, Shanita Monique HAMPTON, ("HAMPTON"), a United States citizen, applied for entry into the United States from Mexico through the San Ysidro Port of Entry in vehicle lane #2. HAMPTON was the driver and sole occupant of a 2018 Nissan Sentra ("the vehicle") bearing California license plates.

A Customs and Border Protection Officer (CBPO) conducted an inspection of HAMPTON and received two negative Customs declarations from HAMPTON. HAMPTON stated she was crossing the border to go to Los Angeles, California. During the inspection, the CBPO identified packages concealed within the doors of the vehicle. The vehicle was referred for further inspection.

A CBPO operating the Z-Portal X-Ray machine detected anomalies in the doors of the vehicle.

Further inspection of the vehicle resulted in the discovery of 26 packages concealed in the doors of the vehicle, with a total approximate weight of 12.80 kgs (28.22 pounds). A sample of the substance contained within the packages field tested positive for the characteristics of methamphetamine.

HAMPTON was placed under arrest at approximately 5:45 AM.

1

During a post-Miranda interview, HAMPTON denied knowledge that the narcotics were in the vehicle. HAMPTON stated that she met a man known as Vee on Sunday, March 21, 2021, and agreed to drive him from Los Angeles to Mexico for $500.00 US dollars. HAMPTON said that Vee told her that his other car was recently restored in Mexico, which he would drive back to Los Angeles, while she would drive the vehicle they drove to Mexico back to Los Angeles.

HAMPTON was arrested and charged with a violation of Title 21, United States Code, 952 and 960, importation of a controlled substance.